UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE HEARNE,<br><br>                          Plaintiff,<br><br>       v.<br><br>THE HOME DEPOT,<br><br>                          Defendant. | Case No. C24-1475-RSM<br><br>ORDER GRANTING IN FORMA<br>PAUPERIS APPLICATION |

Because plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 16th day of September, 2024.

S. KATE VAUGHAN
United States Magistrate Judge