UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE HEARNE,<br><br>             Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT,<br><br>             Defendant. | Case No. 24-1475RSM<br><br>MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: On December 18, 2024, the Court issued an Order to Show Cause directing Plaintiff to file a response explaining why the time limit for service of process should be extended in this case, pursuant to Rule 4(m). Dkt. #7. Later that day, the Court received a Certificate of Service that had been mailed by Plaintiff prior to the Court's Order. Dkt. #8. The Certificate of Service indicates that service occurred within 90 days of the Complaint being filed. *Id.* On December 30, 2024, Defense counsel filed a notice of appearance. Dkt. #9.

Given all of the above, the Court STRIKES its Order to Show Cause, Dkt. #7, as MOOT. Plaintiff no longer needs to respond to this Order and this case can proceed as usual.

DATED this 2nd day of January, 2025.

RAVI SUBRAMANIAN, Clerk

By:    /s/ Serge Bodnarchuk
           Deputy Clerk

MINUTE ORDER - 1